UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ARIEL GARZA d/b/a ROLO's STORE, § § Plaintiff, § § VS. § § SCOTTSDALE INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 7:15-CV-80 |

### ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT IS the Stipulation of Dismissal signed by all parties, and after reviewing the Stipulation, the Court finds that this case should be DISMISSED WITH PREJUDICE TO RE-FILING.

IT IS HEREBY ORDERED THAT this case is DISMISSED WITH PREJUDICE TO RE-FILING OF SAME.

SO ORDERED this 1st day of September, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge